COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-09-172-
CV

IN RE MOSTAFA ARAM AZADPOUR RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petition for writ of mandamus 
and motion for emergency relief 
and is of the opinion that all relief should be denied.  Accordingly, relator’s petition for writ of mandamus and motion for emergency relief are denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL:  WALKER, GARDNER, and MCCOY, JJ.

DELIVERED: June 8, 2009

FOOTNOTES
1:
See
 
T
ex
. R. A
pp
. P.
 47.1.